# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BYRON HORTON

NO. 2024 KW 0971

**DECEMBER 16, 2024**

---

In Re: Byron Horton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-23-06280, DC-23-05775.

---

BEFORE: **GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that relator pled guilty and was sentenced on October 30, 2024.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT